UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82418-RAR

**PAMELA POGGIALI**,

    Plaintiff,

v.

**THE TJX COMPANIES, INC.**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 21]. The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of April, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record